JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSE GAMALIEL RAMOS LOPEZ,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-05769-SSC

JUDGMENT

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1. The petition is granted.
2. Respondents are ordered (a) to release **Jose Gamaliel Ramos Lopez (A# 246-394-210)** from custody immediately under conditions of supervision found to be appropriate by the decisionmaker, and (b) to return all personal property, including documents, taken from Petitioner at the time of his detention, as required by law or regulation.
3. The Clerk of Court is directed to close this case.

DATED: October 8, 2026

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE